296 So.2d 907

**LIFE INSURANCE COMPANY OF GEORGIA, a corporation**

v.

**Lana McCullers MILLER.**

**Civ. 51.**

Court of Civil Appeals of Alabama.

June 28, 1974.

BRADLEY, Judge.

Upon remand to this Court by the Supreme Court of Alabama, 292 Ala. 525, 296 So.2d 900, it is considered that this cause should be affirmed in accordance with the

opinion rendered by the Supreme Court on March 7, 1974 in the above styled cause.

Affirmed.

WRIGHT, P. J., and HOLMES, J., concur.

